1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# United States District Court
# Central District of California

| | |
|---|---|
| JUDY WALIN, | Case No. 2:16-CV-07639-ODW(AFM) |
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| NATIONSTAR MORTGAGE LLC; | |
| DOES 1–100, inclusive, | |
| Defendants. | |

On October 13, 2016, Defendant Nationstar Mortgage LLC removed this foreclosure case to federal court. (ECF No. 1.) However, Defendant never filed an answer. Plaintiff has taken no further action to prosecute this case.

Accordingly, the Court **ORDERS** Plaintiff Judy Walin to **SHOW CAUSE**, in writing, no later than **April 5, 2017**, why the Court should not dismiss this action for lack of prosecution. No hearing will be held. Failure to file a timely written response to this Order will result in the dismissal of the action without prejudice without further warning from the Court.

**IT IS SO ORDERED.**

March 28, 2017

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**